UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DOUGLAS W. HILL,

    Plaintiff,

v.                                     Civil Action 2:23-cv-2243
                                          Chief Judge Sarah D. Morrison
                                          Magistrate Judge Chelsey M. Vascura

BRIGGS & STRATTON LLC, *et al.*,

    Defendants.

## ORDER

This matter is before the Court on Plaintiff's Motion for Commission to Issue Subpoena to Illinois Court (ECF No. 123). Therein, Plaintiff requests the issuance of a commission authorizing the Circuit Court of Kane County, Illinois, to cause a subpoena to be issued to Dana Molded Plastics, Inc., 810 Commerce Parkway, Carpentersville, Illinois 60110, for production of documents to be used in this case. (*Id.*) However, the Federal Rules of Civil Procedure provide that "[a] subpoena must issue from the court where the action is pending" and that "[a] subpoena may be served at any place within the United States." *See* Fed. R. Civ. P. 45(a)(2), (b)(2). Accordingly, no commission to an Illinois court is necessary or appropriate. Plaintiff's Motion (ECF No. 123) is therefore **DENIED**.

    **IT IS SO ORDERED.**

                                                                     /s/ *Chelsey M. Vascura*
                                                                     CHELSEY M. VASCURA
                                                                     UNITED STATES MAGISTRATE JUDGE