UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DOUGLAS W. HILL,

    Plaintiff,

v.                                  Civil Action 2:23-cv-2243
                                    Chief Judge Sarah D. Morrison
                                    Magistrate Judge Chelsey M. Vascura

MIDWEST CAN COMPANY, LLC,

    Defendant.

## ORDER

This matter is before the Court on Defendant's Motion seeking the sealing of certain deposition exhibits when the associated depositions are filed. (ECF No. 162.) Defendant represents that these exhibits confidential information, including trade secrets.

Based on these representations, the Court finds that the exhibits contain sensitive and confidential information that warrants protection from public disclosure. Accordingly, Defendant's Motion (ECF No. 162) is **GRANTED**. The exhibits described in Defendant's Motion must be filed under seal. Any party filing the sealed exhibits must also file on the public docket copies of the associated depositions with redacted versions of the sealed exhibits **WITHIN SEVEN DAYS** of making its filings under seal.

    IT IS SO ORDERED.

                                              /s/ *Chelsey M. Vascura*
                                            CHELSEY M. VASCURA
                                            UNITED STATES MAGISTRATE JUDGE