UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

DOUGLAS W. HILL,

    Plaintiff,

v.                                                         Civil Action 2:23-cv-2243
                                                          Chief Judge Sarah D. Morrison
                                                          Magistrate Judge Chelsey M. Vascura

BRIGGS & STRATTON LLC, *et al.*,

    Defendants.

## ORDER

    This matter is before the Court on Defendant Midwest Can Company, LLC's Motion for Leave to File Exhibit Under Seal (ECF No. 185). Therein, Defendant seeks leave for Plaintiff to file under seal an exhibit (labeled "MIDWEST 014087-014089") to Plaintiff's memorandum in opposition to Defendant's motion for summary judgment. Defendant represents that the exhibit contains Defendant's confidential business information, including purchase orders, pricing information, and design specifications. (*Id.*)

    Based on these representations, the undersigned concludes that the exhibit contain sensitive and confidential information that should be shielded from public access. Accordingly, Defendant's Motion (ECF No. 185) is **GRANTED**. Plaintiff shall file the exhibit **UNDER SEAL WITHIN THREE DAYS** of the date of this Order.

    IT IS SO ORDERED.

                                                                       /s/ *Chelsey M. Vascura*
                                                                       CHELSEY M. VASCURA
                                                                       UNITED STATES MAGISTRATE JUDGE