**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**DOUGLAS W. HILL,**

      **Plaintiff,**

    **v.**

**BRIGGS & STRATTON LLC,** *et al.***,**

      **Defendants.**

      **Civil Action 2:23-cv-2243**
      **Chief Judge Sarah D. Morrison**
      **Magistrate Judge Chelsey M. Vascura**

**ORDER**

On June 22, 2026, Plaintiff filed a document captioned "Notice of Voluntary Dismissal with Prejudice," purporting to dismiss all claims against the sole remaining Defendant, Midwest Can Company. (ECF No. 199.) However, the document is signed only by Plaintiff's counsel. A unilateral notice of dismissal by a plaintiff under Federal Rule of Civil Procedure 41 is effective only if filed "before the opposing party serves either an answer or a motion for summary judgment." Fed. R. Civ. P. 41(a)(1)(A)(i). Accordingly, because Defendant Midwest Can Company has filed both an answer and a motion for summary judgment (ECF Nos. 5, 155, 167), Plaintiff's Notice of Voluntary Dismissal with Prejudice cannot effect dismissal of this action. If the parties wish to dismiss this action, they must file a stipulation of dismissal signed by all parties who have appeared and remain in the action, as provided by Rule 41(a)(1)(A)(ii), or Plaintiff may move for a Court order of dismissal as provided by Rule 41(a)(2).

      **IT IS SO ORDERED.**

      /s/ *Chelsey M. Vascura*
      CHELSEY M. VASCURA
      UNITED STATES MAGISTRATE JUDGE